Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of electric vacuum brushes similar in all material respects to those the subject of Abstract 65747, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 3, 1962

No. 66741.—Air Express International Agency, Inc. v. United States, protest 61/20705 (Tampa).

Opinion by RICHARDSON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

MAY 1, 1962

No. 66742.—APPEAL 5075.—United States v. Greek Orthodox Church of Evangelismos.— —C.D. 2241 affirmed February 13, 1962. C.A.D. 792.

MAY 3, 1962

No. 66743.—SUIT 5070.—General Ceramics Corporation v. United States (R. J. Saunders Co., Inc., a/c The Ferroxcube Corp. of America, Party in Interest).— —C.D. 2230 affirmed January 15, 1962. C.A.D. 788.

BEFORE THE SECOND DIVISION, MAY 8, 1962

No. 66744.—Bruce W. Eaken v. United States, protest 61/8786 (Cleveland).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the issues are similar in all material respects to those involved in *United States* v. *Robert K. Herbst* (48 C.C.P.A. 145, C.A.D. 781), the claim of the plaintiff was sustained, and it was held that the personal exemptions should be applied against the value of said automobile to the extent that said exemptions were otherwise uncharged.

No. 66745.—Chadwick Miller Importers, Inc. v. United States, protest 59/9779 (Los Angeles).